

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Joseph V. Martino**
*Special Assistant Corporation Counsel*
Office: (212) 356-0878

October 29, 2025

**VIA ECF**
Hon. Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *B.M. et al, v. N.Y.C. Dep't of Educ.,* 25-cv-6719(MMG)(BCM)

Dear Judge Garnett:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

    I write to respectfully request that the Court stay the instant proceeding due to a pending lawsuit regarding a charging lien against the Plaintiffs' attorney. Plaintiff consents to this motion. This is the first request to stay this action.

    Defendant was informed of a number of charging liens claims from the Law Office of Adrienne Arkontaky (a former Cuddy Law Firm attorney) against the Cuddy Law Firm (Supreme Court of the State of New York, Cayuga County, Index No. E2024-0133) at some point last year. The instant action seeks attorney's fees for work performed in administrative hearing Nos.241983 and Nos.251482, only the Nos.241983 hearing is subject to a lien. This is an ongoing matter being handled by the Cayuga County Supreme Court which hasn't been resolved as of yet. This matter cannot be settled until the charging lien matter is resolved. Further, there can be no meeting of the minds or an agreement to pay any settlement amount until the lien dispute (to which Defendant is <u>not</u> a party) is resolved, whether by Court order, formal withdrawal, or by a negotiated release. The Court should note that a stay was granted in similar cases where the same issue arose that were filed in SDNY in which I am representing the Defendant. These cases are 23-cv-9898(JAV)(OTW), 24-cv-9496(MMG)(RFT), and 25-cv-2456(JAV)(VF). All three cases have a stay in place.

Thus, Defendant respectfully requests that the Court issue a stay in this matter until the Cayuga County Supreme Court decides the lien issue. The parties will use the requested stay to continue negotiations, with the goal of settling the matter once the lien issue has been resolved. We note that 95% of the IDEA fees-only actions that are filed in this District are settled without burdening the Court with any motion practice or even the filing of a response to the complaint. The parties are optimistic that this case will take that same course. The parties propose that a status letter be due every 60 days providing the Court with an update on the status of the Cayuga County Supreme Court Action.

Thank you for considering this request.

Respectfully submitted,
/s/ Joseph V. Martino
Joseph V. Martino, Esq.
Special Assistant Corporation Counsel

cc: Benjamin Kopp, Esq. (via ECF)

GRANTED. The case is STAYED pending the resolution of the Cayuga County Supreme Court Action. The parties are directed to file a status update on January 5, 2026 and every 60 days thereafter.

SO ORDERED. Dated October 30, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE