

# CUDDY LAW FIRM, P.L.L.C.

**ANDREW K. CUDDY**
MANAGING ATTORNEY

**BENJAMIN M. KOPP**
SENIOR ATTORNEY
FEDERAL LITIGATION TEAM LEADER
(NY)
BKOPP@CUDDYLAWFIRM.COM

**PRINCIPAL OFFICE (MAILING ADDRESS)**
5693 SOUTH STREET ROAD
AUBURN, NY 13021
(315) 370-4020

**OFFICES**
VALHALLA, NY | PHILADELPHIA, PA
CLEVELAND, OH | CHARLOTTE, NC

March 4, 2026

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:    B.M. et al. v. New York City Dept. of Educ.,**
**Index No. 25-cv-6719-MMG**

Dear Hon. Garnett:

I am counsel for the above Plaintiff in the above-referenced action. It has come to my attention a moment ago that ECF 11-2 inadvertently includes a list of now-prior liens, with the unredacted names of minor children and their parents. I apologize for this error and the associated inconvenience.

Under Fed. R. Civ. P. 5.2, which requires privacy protections of minors in filings, Plaintiff respectfully requests that ECF 11-2 be immediately sealed, or alternatively, if a single attachment cannot be sealed, the entirety of ECF 11 be placed under seal. Once the Court decides, the Court's choice of a redacted copy of either ECF 11-2 or the entire entry, will be filed. Defendant consents to this request.

Thank you for your consideration of this matter.

Respectfully,

s/ Benjamin M. Kopp
Benjamin M. Kopp, Esq.

GRANTED.  The Court will alter the filing status of Dkt. No. 11-2 to ensure that only the parties and the Court can access it, in order to avoid the public dissemination of the identity of a minor.

SO ORDERED.  Dated March 5, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE